# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| MARIGOLD V. HARTMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SENIOR HEALTH INSURANCE COMPANY OF ) <br> PENNSYLVANIA and CONSECO SENIOR ) <br> HEALTH INSURANCE COMPANY, ) <br> ) <br> Defendants. ) | Civil Action No. 3:08-cv-00099 <br><br><br> Thomas M. Rose, U.S.D.J. |

## ORDER ON DEFENDANTS' MOTION TO EXTEND TIME TO FILE RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

This matter having come before the Court by Senior Health Insurance Company of Pennsylvania and Conseco Senior Health Insurance Company (hereinafter "Defendants") for their Motion to Extend Time to File Response in Opposition to Plaintiff's Motion for Partial Summary Judgment; and the Court being duly advised in the premises determines that the Defendants' motion is well taken.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the Defendants' Motion to Extend Time to File Response in Opposition to Plaintiff's Motion for Partial Summary Judgment, to and including April 1, 2010, is hereby GRANTED.

Dated this 16th day of March 2010.

                                                 *s/THOMAS M. ROSE
                                      _____
                                      Judge, USDC Southern District of Ohio
                                      Western Division at Dayton

Distribution to:

Steven K. Huffer
steveh@hufferlaw.com

John E. Breidenbach
jbreidenbach@bizwoh.rr.com

Brett R. Bissonnette
brb@hochmanplunkettt.com

Gary D. Plunkett
garyplunkett@hochmanplunkett.com